**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DEVARON BOWERS**                                                                                  **PLAINTIFF**

**v.**                              **Case No. 4:24-cv-01055-LPR-PSH**

**DEXTER PAYNE, et al.**                                                                        **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 30) and Plaintiff's Objections (Doc. 33). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that:

1. The following claims are DISMISSED without prejudice:

    a. Plaintiff's claims against the Doe Defendants;

    b. Plaintiff's official capacity claims against Sheriff Dale Cook;

    c. Plaintiff's failure-to-train claims against Sheriff Cook and the Quorum Court Defendants;

    d. Plaintiff's claims against the ADC Medical Defendants;

    e. Plaintiff's claims against Dexter Payne;

    f. Plaintiff's equal protection claims; and

    g. Plaintiff's claims relating to the denial of grievances.

2. The Clerk is directed to TERMINATE Dexter Payne, Catherine Palmer Dean, L. Shannon Langston, Aaron Fleeman, Michael White, Neil Burge, Tobye McClanahan, Molly

Jackson, Cecil McDonald, John Henton, Rich Ash, Harbans Mangat, Belly Helper, Reggy Cullum, and the Doe Defendants as parties to this action.

3.    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 31st day of March 2026.

 

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE